DOCKETED
JUN 1 4 2004

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CAROL LOVELESS, DELORES WESTBROOK, BARBARA CRAIGHEAD, WILLIE B. MOORE, DAWN M . WILLIAMS, and FLORENCE I., EDMON individually and on behalf of a Rule 23 Class of "nurse coordinator" employees, similarly situated, and CAROL LOVELESS, DELORES WESTBROOK, BARBARA CRAIGHEAD, WILLIE B. MOORE, DAWN M. WILLIAMS, FLORENCE I. EDMON, MARIAMMA THOMAS ANTONETTE ATCHITINA, JERILYNN BARLEY, NIDA BAYONA, VALSA BHARGAVA, BELINDA CUSIC, JACQUELINE A. DENIS, LOLITA L. ESPANOL, CHRISTINE HALL, ANDREA MCCARDELL, ROSARIO C. ONORATO, KATHLEEN PATEL, MARCIA R. RUDD, ELIZABETH C. SALVA, SHERYL SCARLETT, LAURA SEERMON, DAVID L. STRECKER, KIM WASHINGTON, EUGENIA S. STA-MARIA, DELORES HOLLAND, AUGUSTUS O. ALABI, BOGUMILA I. BENDYK, ALISIA HILL, MARIETTA LOVE-BYRD, BEVERLY OLERICH-SRDAR, ROSEMARIE M. TAMBA, NATALIE WRAY, DIVINIA A. TINGZON, CHERYL D. TERRY, ADAURE J. OKOROH, and LLOYD ROCKMORE pursuant to 29 USC Section 216(b), on behalf of themselves and all other Plaintiffs, similarly situated, known and unknown | JUDGE ZAGEL

MAGISTRATE JUDGE BOBRICK

JURY TRIAL DEMANDED |
| v. | |
| COUNTY OF COOK, | |
| Defendant | |

## COMPLAINT

NOW COME Plaintiffs, as designated above, on behalf of themselves and all other

Plaintiffs similarly situated, known and unknown, by and through their attorneys, and for their

Complaint against Defendant, **COUNTY OF COOK**, states as follows:

1-1

## I.     NATURE OF ACTION

1. This action is brought under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*, and the Portal-to-Portal Act, 29 U.S.C. §251, and the supplemental state court claim under the Illinois Wage Payment and Collection Act, 820 ILCS §115/1 *et seq.*,

## II.     JURISDICTION AND VENUE

2. Jurisdiction arises under the provisions of the Fair Labor Standards Act, 29 U.S.C. §§ 206, 207, the Portal-to-Portal Act, 29 U.S.C. §251 *et seq.*, and for the supplemental Illinois statutory claim, pursuant to 28 U.S.C. §1367. Venue lies in the Northern District of Illinois in that Plaintiffs are residents of this district and Defendant is engaged in business in this district.

## III.     PARTIES

3. Defendant, **COUNTY OF COOK,** (hereinafter "Defendant") is engaged in the business of providing hospital and health services to the general public. As such, Defendant's services qualify as an enterprise engaged in commerce as defined by the FLSA. Defendant operates a number of facilities at which it employs nurses who are known by designation **"nurse coordinator".** The facilities at which Defendant employees the nurses represented herein are **Cermak Health Services, 2800 S. California, Chicago; Oak Forrest Hospital, 15900 S. Cicero Avenue, Oak Forrest; Provident Hospital, 500 E. 1st Street, Chicago; John H. Stroger, Jr., Hospital of Cook County, 1901 W. Harrison Street, Chicago; Fantus Clinic, 621 S. Winchester Ave., Chicago; and CORE Center, 2020 W. Harrington, Chicago, IL.**

4.      Plaintiffs, (*i.e.*, all Parties-Plaintiff who have executed consents attached hereto, hereinafter referred to as "the named Plaintiffs") and all other unnamed Plaintiffs of the class, known and unknown (hereinafter referred to as "members of the Plaintiff Class") are either present or past hourly "nurse coordinators" who have been employed at one or more of Defendant's facilities named above.      The Rule 23 Class Representatives, **CAROLYN LOVELESS, DELORES WESTBROOK, BARBARA CRAIGHEAD, WILLIE B. MOORE, DAWN M. WILLIAMS, and FLORENCE I. EDMON** bring this action individually and on behalf of nurse coordinator employees, past and present, who are similarly situated. Those same Plaintiffs, along with all other Plaintiffs named in the caption who have executed proper consents to be parties-Plaintiffs, bring this action on behalf of themselves and all other Plaintiffs similarly situated, known and unknown, pursuant to 29 USC §216(b).   As employees performing duties for an enterprise engaged in commerce, these employees too were engaged in commerce as defined by the FLSA.

## IV.      CLASS ALLEGATIONS

**Fair Labor Standards Act**

5.      Pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b) (hereinafter referred to as "the FLSA"), Count I of this action is maintained by the named Plaintiffs as a collective opt-in representative action, for and on behalf of themselves and other nurse coordinators who have been or will in the future be damaged by Defendant's failure to comply with 29 U.S.C. §201 *et seq.* and §251 *et seq.* Count II alleges willfulness on the part of Defendant and asserts a three-year statute of limitations under the FLSA. Count III seeks liquidated damages under the FLSA, §260.

3

**Illinois Wage Payment and Collection Act**

6.      Pursuant to Illinois Wage Payment and Collection Act, 820 ILCS Section 115/1 *et seq.*, Count IV of this action is brought by the Plaintiffs as an opt-out class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, for and on behalf of all persons similarly situated. The class represented by Plaintiffs consists of all persons who have been or will be employed by Defendant as nurse coordinators, on or after the date five (5) years prior to the filing of this action

## V.      FACTUAL ALLEGATIONS RELEVANT TO ALL COUNTS

7.      The Rule 23 Class Representatives, the named Plaintiffs and/or all similarly situated members of the Plaintiff Class worked at one or more of the facilities owned and operated by Defendant, as set forth in paragraph 3 above.      The Plaintiffs worked as nurse coordinators and were treated as hourly employees for purposes of payroll compensation.

8.      At each and every facility noted, in their employment with Defendant, Plaintiffs and members of the Plaintiff class were required to perform work duties for Defendant, which Defendant did not recognize as working time. Therefore the named Plaintiffs and other members of the Plaintiff Class were required to spend certain hours performing said work duties which were to the benefit of Defendant, but Plaintiffs and members of the Plaintiff Class were not properly compensated by Defendant for said work.

9.      Plaintiffs were required to perform certain duties before their work shift started, during their unpaid lunch period, and were further required to perform certain duties after their shift had ended. The duties performed by Plaintiffs and members of the Plaintiff Class were performed by them and were accepted by Defendant because the duties were essential to the well

4

being of the patients being cared for and treated at Defendant's facilities. Defendant did not recognize these hours as work hours and therefore has failed and refused to pay Plaintiffs for those hours.

10.     During their employment at Defendant's facilities listed above, Plaintiffs and members of the Plaintiff Class were routinely required to work through their meal periods and before and after their shift, and although still performing work on behalf of Defendant, said work hours were not recognized or compensated by Defendant.

11.     In many instances, when the above described work hours are properly counted as work hours, the overall hours Plaintiffs and members of the Plaintiff Class worked exceeded forty (40) hours in a work week or, in the case of some Plaintiffs working pursuant to an agreement under 29 USC §207(j), eighty (80) hours in a two week work period, thereby entitling Plaintiffs to a premium rate of time and one-half their regularly hourly rate for those unpaid hours.

## COUNT I

## VIOLATION OF FAIR LABOR STANDARDS ACT AND WILLFULNESS

1-11.     Paragraphs 1 through 11 are re-alleged and incorporated as though set forth fully herein as paragraphs 1 through 11 of this Count I.

12.     Pursuant to Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, and the Portal-to-Portal Act, 29 U.S.C. §251 *et seq.*, the named Plaintiffs, and all other Plaintiffs similarly situated, known and unknown, are entitled to compensation for all hours actually worked and are entitled

to wages at a rate not less than one and one-half their regular rate of pay for all hours worked in excess of forty (40) hours in any week or, in the case of some Plaintiffs working pursuant to an agreement under 29 USC §207(j), eighty (80) hours in a two week work period, during the two (2) years preceding the filing of this action.

WHEREFORE, Plaintiffs, on behalf of themselves and all other Plaintiffs similarly situated, known and unknown, respectfully requests this Court to enter an order as follows:

a)      awarding back pay equal to the amount of all unpaid regular and overtime compensation for the two (2) years preceding the filing of this Complaint, according to the applicable statute of limitations;

b)      awarding Plaintiffs' reasonable attorneys' fees and costs incurred as a result of Defendants' violation of the Fair Labor Standards Act; and

c)      for such additional relief as the Court deems appropriate under the circumstances.

## COUNT II

### WILLFUL VIOLATION OF FAIR LABOR STANDARDS ACT

1-11.    Paragraphs 1 through 11 are re-alleged and incorporated as though set forth fully herein as paragraphs 1 through 11 of this Count I.

12.      Pursuant to Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, and the Portal-to-Portal Act 29 U.S.C. §251 *et seq.*, the named Plaintiffs and all other Plaintiffs similarly situated, known and unknown, are entitled to compensation for all hours actually worked and are entitled to wages at a rate not less than one and one-half their regular rate of pay for all hours worked in

excess of forty (40) hours in any week or, in the case of some Plaintiffs working pursuant to an agreement under 29 USC §207(j), eighty (80) hours in a two week work period, during the two (2) years preceding the filing of this action.

13.     Defendant's acts complained of herein were willful and intentional, in that Defendant knew or should of known that the pay practices described above violated the FLSA. In **Belbis, et al v. County of Cook** (No. 01 C 6119, Northern District of Illinois, Eastern Division, Honorable John W. Darrah), Defendant was previously sued for predominantly the same wage and hour violations complained of herein and Defendant had ample knowledge that its pay practices relative to meal and post/pre-shift compensation violated the statutes as cited herein.

14.     Even in the absence of the previous knowledge possessed by Defendant as described above, Defendant's acts complained of herein were nevertheless willful and intentional, in that Defendants knew or should of known that the pay practices described above violated the FLSA and therefore, Plaintiffs are entitled to wages at a rate not less than one and one-half their regular rate of pay for all hours worked in excess of forty (40) hours in any week or, in the case of some Plaintiffs working pursuant to an agreement under 29 USC §207(j), eighty (80) hours in a two week work period, during the three (3) years preceding the filing of this action. Therefore, Plaintiffs are entitled to wages at a rate not less than one and one-half their regular rate of pay for all hours worked in excess of forty (40) hours in any week or, in the case of some Plaintiffs working pursuant to an agreement under 29 USC §207(j), eighty (80) hours in a two week woek period, during the three (3) years preceding the filing of this action.

7

WHEREFORE, Plaintiffs, on behalf of themselves and all other Plaintiffs similarly situated, known and unknown, respectfully requests this Court to enter an order as follows:

a)      finding Defendants actions as alleged herein to have been willful, and awarding back pay equal to the amount of all unpaid regular and overtime compensation for an additional year, making three (3) years in total preceding the filing of this Complaint, according to the applicable statute of limitations;

b)      awarding Plaintiffs' reasonable attorneys' fees and costs incurred as a result of Defendant's violation of the Fair Labor Standards Act; and

c)      for such additional relief as the Court deems appropriate under the circumstances.

## COUNT III

### LIQUIDATED DAMAGES
### UNDER THE FAIR LABOR STANDARDS ACT

1-13.    Paragraphs 1 through 13 of Count II are re-alleged and incorporated as though set forth fully herein as Paragraphs 1 through 13 of Count III.

14.     In denying Plaintiffs and members of the Plaintiff Class compensation for all hours actually worked and then, in turn, failing to pay those hours when applicable at a rate of one and one-half for hours worked over forty (40) in a workweek or, in the case of some Plaintiffs working pursuant to an agreement under 29 USC §207(j), eighty (80) hours in a two week work period, Defendant's acts were not based upon good faith or reasonable grounds.

15.     The named Plaintiffs and all other past and present employees similarly situated, known and unknown, are entitled to liquidated damages equal to the amount of unpaid overtime compensation, pursuant to 29 U.S.C. §260.

WHEREFORE, Plaintiffs, on behalf of themselves and all other Plaintiffs similarly situated, known and unknown, respectfully request this Court to enter an order as follows:

a) awarding liquidated damages equal to the amount of all unpaid overtime compensation;

b) awarding Plaintiffs' reasonable attorneys' fees and costs incurred as a result of Defendant's violation of the Fair Labor Standards Act; and

c) for such additional relief as the Court deems appropriate under the circumstances.

## COUNT IV

### SUPPLEMENTAL STATE LAW CLAIM
### VIOLATION OF THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT

1-11.     Paragraphs 1 through 11 of Count I are re-alleged and incorporated as though set forth fully herein as Paragraphs 1 through 11 of this Count V.

12.     The Illinois Wage Payment and Collection Act, §2, defines wages as "any compensation owed to an employee by an employer pursuant to an employment contract or agreement between the 2 parties, . . . .". Payment to separated employees is termed "final compensation" and defined as "wages, salaries, earned commissions, earned bonuses . . . . and any other compensation owed the employee by the employer pursuant to an employment contract or agreement between the two parties".

13.     The Illinois Wage Payment and Collection Act, §4, provides that "[A]ll wages earned by any employee during a semi-monthly or bi-weekly pay period shall be paid to such employee not later than 13 days after the end of the pay period in which such wages were earned".

9

14.    The Illinois Wage Payment and Collection Act, §5, provides that "[E]very employer shall pay the final compensation of separated employees in full, at the time of separation, if possible, but in no case later than the next regularly scheduled payday for such employee.

15.    Defendant's acts as complained of herein and described above, namely the continuing refusal and failure to pay the earned regular and/or overtime wages to Plaintiffs and the Plaintiff class, constitutes a violation of the Illinois Wage Payment and Collection Act.

**WHEREFORE**, Plaintiffs request this Court to enter an Order:

(a)    declaring and decreeing Defendant's compensation practices as described herein, and such other violations which may come to light during the prosecution of this matter, in violation of the provisions of the Illinois Wage Payment and Collection Act.

(b)    awarding an amount of damages, to be shown by the evidence, to which Plaintiff and other members of the Plaintiff Class are entitled.

(c)    awarding the statutory punitive damages to Plaintiffs and members of the Plaintiff Class, equal to 2% of the amount of unpaid overtime for each month following the date of the payment during which underpayments remain unpaid;

Plaintiff further requests that:

(d)    this Court retain jurisdiction of the case until such time as it is assured that Defendant has remedied the compensation policies and practices complained of herein and are determined to be in full compliance with the law.

(e)    this Court order Defendant to pay to Plaintiffs reasonable attorneys' fees, costs, and litigation expenses, as provided by statute.

(f)     this Court award whatever additional relief it deems just and appropriate under the circumstances.

Respectfully submitted,

One of the attorneys for Plaintiffs, and all other Plaintiffs similarly situated, known or unknown.


Roy R. Brandys (06278922)
Christopher N. Mammel (06231492)
George K. Lang (6211537)
CHILDRESS & ZDEB, LTD.
515 N. State Street, Suite 2200
Chicago, IL   60610
(312) 494-0200

John W. Billhorn (6196946)
BILLHORN LAW FIRM
515 N. State Street
Suite 2200
Chicago, IL 60610
(312) 464-1450

# CONSENT FORM

I, *(printed name)* _Carol Loveless_____, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Carol J. Lowles_____       _1/28/04_____
Signature                                      Date

_Nurse Coordinator_____       _John Stroger Jr Hosp. of Cook Co_
Position                                       **Hospital/Clinic Name**

## CONSENT FORM

I, *(printed name)* DeLoRes WestbrooK am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____          _____
Signature                                Date   1/28/04

_____          _____
Position   Nurse Coordinator             Hospital/Clinic Name   Fantus Clinic (ACHN)

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* _BARBARA Craighead_ , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____          _1-28-04_____
Signature                                 Date

_Nurse Coordinator_                       _John Stroger_____
Position                                  Hospital/Clinic Name

August 29, 2003
44890

# CONSENT FORM

I, *(printed name)* _Ms Willie B Morse_, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Ms Willie B Morse_
Signature

_1/28/04_
Date

_Nurse Coordinator_
Position

_Staffing Office_
**Hospital/Clinic Name**

August 29, 2003
44890

# CONSENT FORM

I, *(printed name)* _Dawn M. Williams_ , am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Dawn M. Williams_
Signature

_1/29/04_
Date

_Nurse Coordinator._
Position

_Stroger Hospital of CC._
Hospital/Clinic Name

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* _Florence I Edson_ , am a (current) former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Florence S Edson_
Signature

_2/9/04_
Date

_Oak Forest Hosp_
**Hospital/Clinic Name**

_NSI_
Position

August 29, 2003
44890

# CONSENT FORM

I, *(printed name)* MARIAMMA THOMAS , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
2-4-04
Date

_____
Position
N S I

_____
Oak Forest Hospital
Hospital/Clinic Name

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* Antonette Atch t.ar am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
Position

_____
1/28/04
Date

_____
John H Stroger
**Hospital/Clinic Name**

August 29, 2003
44890

# CONSENT FORM

I, *(printed name)* Jerilynn Barley _____, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____          1-29-04_____
Signature                              Date

Nurse Coordinator_____         Stroger_____
Position                               **Hospital/Clinic Name**

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* __NIDA BAYONA__ , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Nida Bayona_
Signature

_2/11/04_
Date

_Nurse Coordinator_
Position

_IHS - Same Day Surgery_
**Hospital/Clinic Name**

August 29, 2003
44590

## CONSENT FORM

I, *(printed name)* __VALSA BHARGAVA__, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Valsa Bhargava_
Signature

__2/16/04__
Date

_Nurse Coordinator_
Position
_Surgical ICU_

_Cook County Hospital_
**Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* _Belinda D. Cusic_, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Belinda D. Cusic_
Signature

_2/4/04_
Date

_Nurse Coordinator_
Position

_Stroger Hospital_
Hospital/Clinic Name

44890

# CONSENT FORM

I, *(printed name)* _JACQUELINE DENIS_, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Jacqueline Denis_
Signature

_2/4/04_
Date

_Nurse Coordinator_
Position

_John H. Stroger_
**Hospital/Clinic Name**

August 29, 2003
44890

# CONSENT FORM

I, *(printed name)* Lolita Espanol _____, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____          2/11/04
Signature                        Date

Nurse Coordinator               John H Stroger Hospital
Position                         **Hospital/Clinic Name**

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* __Christine Hall__, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

__Christine Hall__
Signature

__1/28/04__
Date

__Nurse Coordinator__
Position

__Stroger Hospital__
**Hospital/Clinic Name**

*August 29, 2003*
44890

# CONSENT FORM

I, *(printed name)* Andrew Howard M°Corkell, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

Andrew Howard M°Corkell
Signature

1-28-04
Date

Nurse Coordinator.
Position

Actg/John Stroger
**Hospital/Clinic Name**

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* _ROSARIO C. ONORATO_, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Rosario C. Onorato_
Signature

_28 January 2004_
Date

_ROSARIO C. ONORATO_
Position

_JOHN H. STROGER, JR. HOSPITAL_
Hospital/Clinic Name _OF COOK COUNTY_

August 29, 2003
44890

# CONSENT FORM

I, *(printed name)* _Kathleen   Patel_ , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Kathleen Patel_
Signature

_2-2-04_
Date

_Human Coordinator_
Position

_John N Strugen_
Hospital/Clinic Name

## CONSENT FORM

I, *(printed name)* MARCIA R. RUDD_____, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Marcia R Rudd_____          _Jan 28, 2004_____
Signature                                          Date

_Staffing Coordinator_____          _STROGER HOSPITAL_
Position                                          **Hospital/Clinic Name**

# CONSENT FORM

I, *(printed name)* ELIZABETH C. SALVA , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Elizabeth C. Salva_
Signature

_02/04/04_
Date

_nurse coordinator_
Position

_Stroger Hospital of Cook County_
**Hospital/Clinic Name**

August 29, 2003
44890

# CONSENT FORM

I, *(printed name)* Sheryl Scarlett, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Cheryl Scarlett_
Signature

_1-28-04_
Date

_NS1_
Position

_John Stroger Jr Hospital of_
**Hospital/Clinic Name** _Cook Coun_

# CONSENT FORM

I, *(printed name)* _Laura Seerman_, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Laura Seerman_
Signature

_2/4/04_
Date

_NS1 Nurse Coordinator_
Position

_John Stroger Hospital of Cook County_
**Hospital/Clinic Name**

## CONSENT FORM

I, *(printed name)* David L. Streaker , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.


_____
Signature

_____
Position

_____2/4/04_____
Date

_____
Hospital/Clinic Name

**August 29, 2003**
44890

## CONSENT FORM

I, *(printed name)* _KiM WASHiNGTON_ , am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
Position

_____
Date  _Jan 28, 2004_

_____
**Hospital/Clinic Name**  _SCC/ACHS of Cook County_

## CONSENT FORM

I, *(printed name)* Eugenia Sta. Maria , am a current/former (circle one)
employee of Cook County.  I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay.  I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.


Eugenie Sta Maria
/Signature

January 28, 2004
Date


Nurse Coordinator (NS,)
Position

Fantus Health Center/ACHN of
**Hospital/Clinic Name** Cook County


August 29, 2003
44890

# CONSENT FORM

I, *(printed name)* Delores Holland ____, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____          2/4/03 _____
Signature                                Date

Nurse Coordinator _____         Clinic R + S Endoscopy
Position                                  **Hospital/Clinic Name** Bronchscopy

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* __AuGusTus~O. Ac.m3i__ am a current/former (circle one)
employee of Cook County. I believe I am entitled to additional wages for hours I have worked in
excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or
step increases. I wish to be included as a party in the pay claims being asserted by current and
former Cook County employees against Cook County. I hereby give consent to my attorneys,
Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against
Cook County on my behalf under the Fair Labor Standards Act.

_____          ___12/10/03___
Signature                                  Date

_____RN_____                 __Cermak Health servic__
Position                                   **Hospital/Clinic Name**

## CONSENT FORM

I, *(printed name)* BOGUMILA I. BENDYK _____, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____3/10/04_____
Date

NURSE COORDINATOR CLINICAL INFORMATICS
Position

Cook County Hospital
**Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* _Alisia Hill_, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Alisia Hill_
Signature

_1-28-04_
Date

_N.S.I_
Position

_John H. Stroger_
**Hospital/Clinic Name**

August 29, 2003
44890

# CONSENT FORM

I, *(printed name)* **Marietta Love-Byrd**, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
Position

2-2-04
Date

Marietta Love-Byrd
Hospital/Clinic Name

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* Beverly A Olerich-Srday am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____            3-5-04
Signature                                  Date

_____            Cook County
Position                                   **Hospital/Clinic Name**

## CONSENT FORM

I, *(printed name)* ROSEMARIE M TAMBA, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

Rosemarie M. Tamba
_____
Signature

04/05/04
_____
Date

Nurse Coordinator
_____
Position

JoHN STROGER Hospital
_____
**Hospital/Clinic Name** Of Cook Cou.

44890

## CONSENT FORM

I, *(printed name)* NATALIE   WRAY, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

Natalie I. Wray
Signature

4-5-04
Date

former
Nurse Coordinator
Position

micu — Cook County
Hospital/Clinic Name    Hospital

44890

# CONSENT FORM

I, *(printed name)* _DIVINIA A. TINGZON_ , am a current (former) (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Divinia A. Tingzon_
Signature

_02/15/04_
Date

_Nurse Coordinator_
Position

_JOHN STROGER HOSP._
**Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* CHERYL D. TERRY_____, am a (current) former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Cheryl D. Terry_
Signature

_March 10, 2004_
Date

_Nurse Coordinator_
Position

_John Stroger Hospital of Cook County_
Hospital/Clinic Name

44890

## CONSENT FORM

I, *(printed name)* Alauve Okoroh , am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.


_____
Signature

_____
Position

2-22-04
_____
Date

Stroger Hospital
_____
Hospital/Clinic Name

44890

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Loveless, et al on behalf of themselves and all other Plaintiffs similarly situated, known and unknown

(b) County of Residence of First Listed Plaintiff **COOK**
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
County of Cook

**DOCKETED**
**JUN 1 4 2004**

County of Residence of First Listed **COOK**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**JUDGE ZAGEL**

(c) Attorney's (Firm Name, Address, and Telephone Number)
BILLHORN LAW FIRM
515 N. State Street, Suite 2200
Chicago, IL 60610 (312) 464-1450

Attorneys (If Known)
UNKNOWN

**04C 3939**

**MAGISTRATE JUDGE BOBRICK**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff (For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product / Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability / ☐ 365 Personal Injury— | of Property 21 USC 881 | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & / Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander / ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability / Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine / **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product / ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability / ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / Property Damage | ☒ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability / ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Sentence | ☐ 740 Railway Labor Act | | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff | Determination |
| ☐ 240 Torts to Land | Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | State Statutes |
| | / ☐ 550 Civil Rights | Security Act | | ☐ 890 Other Statutory Actions |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Cause is brought pursuant to the Fair Labor Standards Act, 29 USC Section 210 et. seq. Failure to pay overtime.

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION DEMAND
UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Darrah
DOCKET NUMBER 01 CV 6119

DATE 6/8/04
SIGNATURE OF ATTORNEY OF RECORD John Billhorn

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

1-2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

EASTERN DIVISION

Carol Loveless, et al, on behalf of themselves and all other
Plaintiffs similarly situated, known and unknown
v.
County of Cook

**DOCKETED** JUN 1 4 2004

**JUDGE ZAGEL**

**04C 3939**

Case Number:

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiffs

**MAGISTRATE JUDGE BOBRICK**

---

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME John W. Billhorn | NAME Christopher N. Mammel |
| FIRM Billhorn Law Firm | FIRM Childress & Zdeb, Ltd. |
| STREET ADDRESS 515 N. State Street, Ste. 2200 | STREET ADDRESS 515 N. State Street, Ste. 2200 |
| CITY/STATE/ZIP Chicago, IL 60610 | CITY/STATE/ZIP Chicago, IL 60610 |
| TELEPHONE NUMBER 312-464-1450 — FAX NUMBER 312-464-1459 | TELEPHONE NUMBER 312-494-0200 — FAX NUMBER 312-494-0202 |
| E-MAIL ADDRESS jbillhorn@billhornlaw.com | E-MAIL ADDRESS cmammel@childresszdeb.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6196946 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6231492 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Roy R. Brandys | NAME George K. Lang |
| FIRM Childress & Zdeb, Ltd. | FIRM Childress & Zdeb, Ltd. |
| STREET ADDRESS 515 N. State Street, Ste. 2200 | STREET ADDRESS 515 N. State Street, Ste. 2200 |
| CITY/STATE/ZIP Chicago, IL 60610 | CITY/STATE/ZIP Chicago, IL 60610 |
| TELEPHONE NUMBER 312-494-0200 — FAX NUMBER 312-494-0202 | TELEPHONE NUMBER 312-494-0200 — FAX NUMBER 312-494-0202 |
| E-MAIL ADDRESS rbrandys@childresszdeb.com | E-MAIL ADDRESS glang@childresszdeb.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6278922 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6211537 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

1-3