IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROL LOVELESS, et al., ) | 04cv3939 |
| Plaintiffs, ) | |
| ) | Case No. 04 C 3939 |
| v. ) | |
| ) | |
| COUNTY OF COOK, ) | Judge James Zagel |
| ) | |
| Defendant. ) | |

### FINAL ORDER APPROVING SETTLEMENT AND CERTIFICATION OF RULE 23 SETTLEMENT CLASS

The Court having reviewed the Parties' proposed settlement and the record in this litigation, including the Parties' Motion for Preliminary Approval of Settlement, Certification of Rule 23 Settlement Class, and Notice of Proposed Settlement to Class Members ("Approval Motion"), and there being no objections by any Class Member prior to or at the Fairness Hearing; the Court hereby concludes the settlement is fair reasonable and adequate based upon the following findings:

1. The strength of the Plaintiffs' case on the merits, weighed against the settlement offer, warrants approval of the settlement.

2. The complexity, length, and likely expense of further litigation support approval of the settlement.

3. The litigation has progressed to a stage where the Court and the Parties could evaluate the merits of the case, potential damages, and the probable course of future litigation.

4. The Court concludes that the $200,000 settlement amount is a fair, reasonable and adequate settlement of the Plaintiff Class' claims.

5. The settlement was reached as a result of arms' length negotiations between the Parties.

6. The Court has jurisdiction over the subject matter of this lawsuit and the Parties, including the members of the Settlement Class, as defined below.

7. The Court finds that the prerequisites to a class action under Rule 23 of the Federal Rules of Civil Procedure have been met. The case is hereby certified, for purposes of settlement only, as a class action under Federal Rule of Civil Procedure 23(b)(3). The Court hereby certifies the following class:

> ALL NURSE COORDINATORS EMPLOYED AT ANY HEALTH FACILITY OPERATED BY THE COOK COUNTY BUREAU OF HEALTH DURING THE PERIOD JUNE 10, 1999 THROUGH THE DATE SETTLEMENT WAS AGREED, JULY 1, 2008.

8. The Court appoints CAROL LOVELESS, DELORES WESTBROOK, BARBARA CRAIGHEAD, WILLIE B. MOORE, DAWN M. WILLIAM and FLORENCE I. EDMON as Class Representatives, and Childress Duffy Goldblatt, Ltd. and Billhorn Law Firm as Class Counsel. The Court finds that the Class

Representatives and Class Counsel have provided adequate representation to the Settlement Classes.

8. The Court further finds that the manner in which notice was given was fair and adequate.

9. The Court approves the firm CPT Group, Inc. as the Class Administrator for the Loveless Class, which will be responsible for distributing Settlement Notices to Class Members, and Settlement Awards and other disbursements from the Settlement Account to Payees, as set forth in the approved settlement.

10. The Court previously ordered that any written comments or objections to the approval or any term of the proposed settlement must be filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division of Chicago by November 20, 2008, and no comments or objections have been so filed or received by any counsel for the parties.

ACCORDINGLY, IT IS ORDERED:

The Court grants final approval of the settlement of the Parties as expressed in the Motion for Preliminary Approval of Settlement, Certification of Rule 23 Settlement Class, and Notice of Proposed Settlement to Class Members, filed August 29, 2008 [Doc. 70], and this case is dismissed with prejudice. The Court reserves exclusive and continuing jurisdiction over this Litigation, the Class Representatives, the Settlement Classes and the Released Parties for the purposes of:

  (i)  supervising the implementation, enforcement, construction, and interpretation of this Final Order;

  (ii)  hearing and determining any application by Class Counsel for an award of attorneys' fees and costs;

(iii) supervising the distribution of the Settlement Fund; and

(iv) resolving any disputes or issues that may arise in connection with this Litigation or the Settlement of this Litigation.

---

Hon. James Zagel
United States District Court Judge
Northern District of Illinois

DEC 0 4 2008